UNITED STATES DISTRICT COURT
DISTRICT OF STATE OF NEW HAMPSHIRE

| | |
|---|---|
| SDC Solutions, Inc. | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. 1:08-cv-00089-JL |
| v. | )<br>) |
| Amcom Software, Inc.<br>And David R. Manley, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER REGARDING DEFENDANTS' ASSENTED-TO
MOTION FOR CLARIFICATION REGARDING JUNE 4, 2008 HEARING**

The Court, having considered Defendants' Assented-To Motion for Clarification Regarding June 4, 2008 Hearing, issues the following Order:

1. Following the June 4, 2008 hearing on Plaintiff's Motion for Preliminary and Permanent Injunction, Magistrate Judge James R. Muirhead will make a recommendation and proposed findings only regarding Plaintiff's request for preliminary injunctive relief.  The parties shall have an opportunity to conduct discovery before a hearing is held on Plaintiff's request for permanent injunctive relief.

SO ORDERED.

Dated: May 30, 2008     By: /s/ Joseph N. Laplante