UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>SDC Solutions, Inc.</u>

        v.                       Civil No. 08-cv-89-JL

<u>Amcom Software, Inc., et al.</u>


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 26, 2008, no objection having been filed.

SO ORDERED.


July 21, 2008                          */s/ Joseph N. Laplante*
                                                     Joseph N. Laplante
                                                     United States District Judge


cc:     Martha Van Oot, Esq.
        Nicole Haaning, Esq.
        George T. Campbell, III, Esq.
        Roy A. Ginsburg, Esq.